[No. 2253.   Decided December 24, 1896.]

KATHARINA MURRAY, *Respondent*, v. JAMES F. MONTGOMERY *et al.,*
*Appellants*.

Appeal from Superior Court, Kittitas County.—Hon. CARROLL B.
GRAVES, Judge.   Reversed.

*Ralph Kauffman*, and *Edward Pruyn*, for appellants.

*Frank H. Rudkin*, and *D. H. Carey*, for respondent.

*Per Curiam.*—In accordance with the stipulation filed by the
attorneys for the respective parties in this case to the effect that the
judgment should follow that in the case of *John P. Clerf v. J. M.
Montgomery et al.*, 15 Wash. 483, the judgment will be reversed and

the cause remanded to the lower court with instructions to modify the judgment so that the decree shall not apply to the lands purchased by the appellant Christiansen.